LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
KARA M. WOLKE (#241521)
ELAINE CHANG (#293937)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Counsel for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NICKOLAS VAN WINGERDEN and BRIAN KOVAR, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CADIZ INC., SCOTT S. SLATER, TIMOTHY J. SHAHEEN, and KEITH BRACKPOOL,

Defendants.

Case No. 15-cv-03080-JAK-JEM

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

HEARING DATE: October 17, 2016
TIME: 8:30 a.m.
LOCATION: Crtm. 750, Seventh Floor
JUDGE: Hon. John A. Kronstadt

I, Kara M. Wolke, hereby declare:

1. I am a member of good standing of the bar of this Court, an active member of the State Bar of California, a partner in the law firm of Glancy Prongay & Murray LLP, counsel of record for Plaintiffs in this action. I make this declaration in support of Plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures. I have personal knowledge of the matters set forth herein, and if called to testify as a witness, could and would competently do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement dated June 16, 2016.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts (pages 33-34) of Svetlana Starykh and Stefan Boettsich, *Recent Trends in Securities Class Action Litigation: 2015 Full-Year Review* (NERA 25 Jan. 2016).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of June, 2016, in Los Angeles, California.

*s/Kara M. Wolke*
Kara M. Wolke

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On June 16, 2016, I caused to be served the following documents:

**1. NOTICE OF UNOPPOSED MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

**2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

**3. DECLARATION OF KARA M. WOLKE IN SUPPORT OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 16, 2016, at Los Angeles, California.

*s/ Kara M. Wolke*
Kara M. Wolke