1
2
3
4
5
6
7
8
9  UNITED STATES DISTRICT COURT
10  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 NICKOLAS VAN WINGERDEN and BRIAN KOVAR, Individually and on behalf of all others similarly situated, | Case No: 15-cv-03080-JAK-JEM |
| | **ORDER TO SET BRIEFING SCHEDULE IN SUPPORT OF FINAL APPROVAL (DKT. 80)** |
| Plaintiffs, | |
| v. | |
| | HEARING DATE: February 6, 2017 |
| CADIZ INC., SCOTT S. SLATER, TIMOTHY J. SHAHEEN and KEITH BRACKPOOL, | TIME: 8:30 A.M. JUDGE: Hon. John A. Kronstadt CTRM: 750, Seventh Floor |
| Defendants. | |

21     The Court having received and reviewed the parties' joint stipulation filed
22  on October 6, 2016 to set a briefing schedule for filing papers in support of final
23  approval, and good cause appearing;

24
25  IT IS HEREBY ORDERED THAT:

26
27     1.     Lead Plaintiffs shall file papers in support of final approval and
28  application for fees and expenses no later than January 3, 2017; and

ORDER TO SET BRIEFING SCHEDULE IN SUPPORT
OF FINAL APPROVAL

2. Lead Plaintiffs shall file papers in further support of final approval and application for fees and expenses no later than January 24, 2017.

Dated: October 7, 2016

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

ORDER TO SET BRIEFING SCHEDULE IN SUPPORT
OF FINAL APPROVAL