LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
KARA M. WOLKE (#241521)
ELAINE CHANG (#293937)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

*Co-Lead Counsel for Lead Plaintiffs*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS VAN WINGERDEN and BRIAN KOVAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CADIZ INC., SCOTT S. SLATER, TIMOTHY J. SHAHEEN, and KEITH BRACKPOOL,<br><br>Defendants. | Case No. 15-cv-03080-JAK-JEM<br><br><u>CLASS ACTION</u><br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>Date:     February 6, 2017<br>Time:    8:30 a.m.<br>Ctrm:    Crtm. 750, Seventh Floor<br>Judge:   Hon. John A. Kronstadt |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Re Plaintiffs' Motion for Preliminary Class Action Settlement Approval ("Preliminary Approval Order" (Dkt. No. 78)), on February 6, 2017 at 8:30 a.m., before the Honorable John A. Kronstadt, in Courtroom 10B of the United States District Court for the Central District of California, 350 W. First Street, Los Angeles, California 90012, Co-Lead Counsel Glancy Prongay & Murray LLP and The Rosen Law Firm, P.A. (collectively, "Co-Lead Counsel") will and hereby do move the Court for entry of an Order awarding attorneys' fees and reimbursement of litigation expenses.  This motion is based on this Notice of Motion; the memorandum of points and authorities in support thereof; the Joint Declaration of Kara M. Wolke and Phillip Kim in Support of: (I) Lead Plaintiffs' Unopposed Motion for Final Approval of Settlement, Class Certification and Plan of Allocation; and (II) Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Co-Lead Counsel is unaware of any opposition to this motion. Pursuant to the Preliminary Approval Order, any objection to Co-Lead Counsel's application for an award of attorneys' fees and reimbursement of litigation expenses must be filed on or before a January 17, 2017. To date, no objections have been filed. A proposed Order granting the requested relief has been filed concurrently herewith.

Dated: January 3, 2017

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Kara M. Wolke*
Lionel Z. Glancy, Esq.
Robert V. Prongay, Esq.
Kara M. Wolke, Esq.
Elaine Chang, Esq.
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
Email: info@glancylaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (*admitted pro hac vice*)
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On January 3, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 3, 2017, at Los Angeles, California.

*s/ Kara M. Wolke*
Kara M. Wolke

# Mailing Information for a Case 2:15-cv-03080-JAK-JEM Nickolas Van Windgerden v. Cadiz, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elaine Chang**
  echang@glancylaw.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Ali R Rabbani**
  arabbani@akingump.com,rmcnew@akingump.com,westdocketing@akingump.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **John E Schreiber**
  jschreiber@winston.com,pacercourtfile@winston.com,docketLA@winston.com,recordsla@winston.com

- **Martin L Seidel**
  martin.seidel@cwt.com

- **Kara M Wolke**
  kwolke@glancylaw.com,info@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)